**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| EARNIE BRADLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. 4:23-cv-01470-SRW |
| | ) | |
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 1 | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**ENTRY OF APPEARANCE**

COMES NOW Schuchat, Cook & Werner, by Brady L. Root, and enters his appearance on behalf of Defendant International Brotherhood of Electrical Workers, Local 1 in the above-referenced matter.

Respectfully submitted,

SCHUCHAT, COOK & WERNER

/s/ *Brady L. Root*

Brady L. Root (75740MO)
555 Washington Avenue, Suite 520
St. Louis, MO 63101
blr@scwattorney.com
Tel: (314) 621-2626
Fax: (314) 621-2378

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Entry of Appearance was filed electronically on December 19, 2023 which will result in all parties of record being served with copies through the ECF system.

/s/ *Brady L. Root*
Brady L. Root